```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIM E. DIXON                    :     CIVIL ACTION
                                :
         v.                     :
                                :
BUCKS COUNTY COMMUNITY          :
COLLEGE                         :     NO. 12-7040
```

ORDER

AND NOW, this 26th day of August, 2013, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, IT IS HEREBY ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

```
                      BY THE COURT:


                      /s/ Mary A. McLaughlin
                      MARY A. McLAUGHLIN, J.
```